**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1736**

ARIANE LEA TIANI KAMENI, a/k/a Ariane Tiani, a/k/a Ariane Kameni,

        Debtor - Appellee,

    v.

OCWEN LOAN SERVICING, LLC,

        Creditor – Appellant,

TIMOTHY P. BRANIGAN, Trustee,

        Trustee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Peter J. Messitte, Senior District Judge. (8:14-cv-00877-PJM; 14-11570)

Submitted:  December 17, 2014       Decided:  January 6, 2015

Before KING and GREGORY, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Billy B. Ruhling, II, Richard E. Hagerty, TROUTMAN SANDERS LLP, Tysons Corner, Virginia, for Appellant.   Ariane Lea Tiani Kameni, Appellee Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ocwen Loan Servicing, LLC, appeals from the district court's order affirming the bankruptcy court's order granting the Debtor's motion to extend the automatic stay in the underlying Chapter 13 proceeding. We have reviewed the record included on appeal, as well as Ocwen's brief, and find no reversible error. Accordingly, we affirm for the reasons stated by the courts below. Kameni v. Ocwen Loan Serv., LLC, Nos. 8:14-cv-00877-PJM; 14-11570 (D. Md. July 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED